## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

IN RE:

**EUROPA STONE DISTRIBUTORS, INC.**,

Debtor-in-Possession.

Bankruptcy Case
No. 10-17211-SSM
Chapter 11

## ORDER PERMITTING SALE AND USE OF PROPERTY

**UPON APPLICATION** of the debtor and debtor-in-possession in the above-styled case, Europa Stone Distributors, Inc. ("Debtor"), to approve and establish procedures for the auction/sale of its inventory and other business assets (the "Assets") and/or to authorize the sale of such property free and clear of all liens and other interests, pursuant to 11 U.S.C. §§ 105(a) and 363(f), and Bnkr. Rules 4001 and 6004 (the "Motion"), and no objections having been filed to the same, and it appearing after notice and hearing evidence from the auctioneer as to the basis of its fees that such relief is appropriate, it is hereby

**ORDERED**; that the Motion is GRANTED; and it is further

**ORDERED**; that the Auction Procedures in the Motion that Debtor may, *inter alia*, engage the services of Christopher R. Rasmus, R. L. Rasmus Auctioneers, Inc., d/b/a Rasmus Asset Advisors of P. O. Box 30760, Alexandria, Virginia 22310 ("Rasmus") to sell inventory and other assets of the Debtor free and clear of liens, and pay the commission set forth in the agreement between the Debtor and Rasmus, as amended (the "Agreement") are hereby approved; but it is further

**ORDERED**; that to the extent the liens of the secured creditors of the Debtor attach to inventory and other personal property of the Debtor (the "Secured Property"), and such Secured Property is sold by Rasmus, the liens of the secured creditors shall attach to the net proceeds of such sale in their respective order of priority; and it is further

**ORDERED**, that the Debtor (or Rasmus directly, with the prior consent of Debtor), may

remit the proceeds of any Secured Property of the Debtor to the appropriate Secured Creditor to apply against such Secured Creditor's claim without further order of Court; and it is further

**ORDERED**, at the completion of the sale, Rasmus and the Debtor shall file with the Court a report of the results of such sale.

Entered:_____  _____
Stephen S. Mitchell, Bankruptcy Judge

I ASK FOR THIS:
/s/ James M. Towarnicky
James M. Towarnicky, Esq.
James M. Towarnicky, P.L.L.C.
3977 Chain Bridge Road, Suite #1
Fairfax, VA 22150
(703)352-1516/F(703)352-1516
Slovakesq@aol.com
Counsel for Debtor

NOTICED, NO OBJECTION FILED:
Frank Bove, Esq.
Office of the United States Trustee
115 S. Union Street, Room 206
Alexandria, VA 22314

SEEN AND CONSENTED TO:
/s/ Bruce Henry    w/permission
Bruce Henry, Esq.
Henry & O'Donnell, P.C.
300 N. Washington Street, Suite 204
Alexandria, VA 22314
Counsel for Secured Creditor Suntrust N.A.

Eleanor Werthman
NeoNatal Health Services, P.C.
6306 Evermay Drive
McLean, VA 22101
Secured Creditors

**CERTIFICATION PURSUANT TO LOCAL RULE 9022-1(C)(2)**

I hereby certify that a copy of the foregoing proposed order was served via electronic filing on the above U.S. Trustee and Secured Creditors, and 20 largest unsecured creditors as set forth in the attached mailing grid via U.S Mail, postage prepaid, the ninth day of February, 2011.

/s/ James M. Towarnicky          .
James M. Towarnicky

**Mailing Grid**

1Adolfo Forti Marmi S.p.A.
c/o Timothy A. York
Quilling, Selander, Lownds, Winslett & Moser PC
2001 Bryon Street, #1800
Dallas, TX 75201

Andrade S/A Marmore E Granitos
Attn: Derlane Romano
Rua um, Quadra um, s/n
CIVIT I Serra ES
Caixa Postal 156 CEP29168-020 Brazil

Antolini Do Brasil
Rod BR 101 Km 278, s/n
Caixa Postal 040.043
Serra/ES Cep 29.160-970 Brazil

Antolini Luigi & C. S.P.A.
Sede Amministrative:
37010 SEGA DI CAVAION (Verona, Italy)
S. AMBROGIO V.P. Fraz. Ponton – Via Napoleone, 6
Cod. Fiscale e Partita I.V.A. 0044809 023 2

Bonotti Stone Trading International
c/o Timothy A. York
Quilling, Selander, Lownds, Winslett & Moser PC
2001 Bryon Street, #1800
Dallas, TX 75201

Bramagran
Attn: Rafael Mello
Rodovia Fued Nemer, s/n - KM07
Aracui - Castelo, ES  29360-000 Brazil

Brasil Stone LTDA   Attn: Fred
Avenida Brasil, 50.500 - Campo Grande
CEP:23.065-480
Rio de Janeiro/RJ Brazil

Cold Spring Granite Company
c/o Willenbring, Dahl, Wocken & Zimmermann PLLC
318 Main Street / PO Box 417
Cold Spring, MN 56320-0417

Crystal Granite & Marble USA, LLC
Attn: Mayur Srinivasan
1033 North Jacks Lake Road
Clermont, FL  34711

Emigran
Attn: Daniela Sibin
2555 Av. Brasilia
Vila Loyola 13870-590 Brazil

Europa Property Management, LLC.
45805 Woodland Road
Sterling, VA  20166

Global Stone Pvt. Ltd
Attn: Mayank Shah
Riico Industrial Area, Plot No
E40 to G-47, Extn. Bagru, Dist, India

Granisa De Atois S.A.
c/o Coface North America, Inc.
50 Millstone Rd., Bldg. 100, Suite 360
East Windsor, NJ 08520

Granita Granitos Ltda.
Rod Cachoeiro X Frade
KM 06 SN Fazenda Urtiga
Cachoeiro de Itapmirim
ESP. Santo Brasil - CEP. 29.300.970

GMP Graniti Marmi Pietre SpA
c/o J. Thomas Fromme, II, Esq.
10482 Armstrong Street
Fairfax, VA 22030

Indus Trade & Technology LLC
Attn: Suren
1200, TICES LANE
Suite # 106
E. Brunswick, NJ 08816-1335

Jacigua Marmores & Granite
Gumercindo Moura Nunes Road KM 08
Santa Rosa, V.G. Soturno
Cachoeiro - E.S.  -  Attn: Ricardo
Zip Code 29310.140 – Brazil

Landi Group S.R.L.
Attn: Fred Regolini
Via Tognocchi 338
55046 Pozzi Del Seravezza LU, Italy

Metro S.P.A. Marmi E Graniti
Via Dorsale 9
54100 MAssa (MS), Italy

Rocas Europeas de Construccion, S.A.
c/o SGA Collections, Inc.
4700 New Boca Raton Blvd., Suite 201
Boca Raton, FL 33431

SmartStone PVT. LTD.
Attn: Aditya Mittal
Plot 218, Bommsandra KIADB
Industrial Area, 3rd Phase
Anekal Taluk  Bangalore, India

Tebaldi Giuseppe Graniti
Attn: Marco Cavazzuti
Via Vago 28
24060 Zandobbio, BG, Italy

Terry Mahn
1091 Cedrus Lane
McLean, VA 22102-1105

American Express Bank, FSB
c/o Becket & Lee LLP
POB 3001
Malvern, PA 19355-0701

SACE BT, SpA
c/o John T. Donelan, Esq.
125 South Royal Street
Alexandria, VA 22314

Frank Bove, Esq.
Office of U.S. Trustee
115 S. Union Street, Suite 210
Alexandria, VA 22314
Joseph A. Guzinski, Esq.
Office of U.S. Trustee
115 S. Union Street, Suite 210
Alexandria, VA 22314

SunTrust N.A.
c/o Henry & O'Donnell, P.C.
Attn:  Bruce Henry, Esq.
300 N. Washington Street, Suite 204
Alexandria, VA 22314

SunTrust N.A.
c/o Henry & O'Donnell, P.C.
Attn: Jeffery T. Martin, Jr., Esq.
300 N. Washington Street, Suite 204
Alexandria, VA 22314

SunTrust N.A.
c/o Henry & O'Donnell, P.C.
Attn: Kevin M. O'Donnell, Esq.
300 N. Washington Street, Suite 204
Alexandria, VA 22314

Eleanor Werthman
NeoNatal Health Services, P.C.
6306 Evermay Drive